PRINCETON DISPOSAL SERVICE, INC. v.
TOWNSHIP OF NORTH BRUNSWICK.

February 15, 1978. Petition for certification denied. (See
154 *N. J. Super.* 488)

OLGA PUPCHIK v. FRANCIS E. GUYOT.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. PALMER.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ANITA CHISLUM.

February 15, 1978. Petition for certification denied.

MARILYN ARZBERGER v. BOARD OF EDUCATION OF THE
TOWNSHIP OF NEPTUNE, MONMOUTH COUNTY.

February 15, 1978. Petitions for certification denied.